# In the United States District Court
# For the Southern District of Georgia
# Waycross Division

| | | |
|---|---|---|
| FESTUS OLUIGBO-BERNARDS, | * | |
| Plaintiff, | * | CIVIL ACTION NO.: 5:16-cv-73 |
| v. | * | |
| THE GEO GROUP, INC.; and D. RAY JAMES CORRECTIONAL FACILITY, | * | |
| Defendants. | * | |

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's January 3, 2017, Report and Recommendation, dkt. no. 8, to which Plaintiff has filed Objections, dkt. no. 9. The Magistrate Judge correctly concluded that Plaintiff cannot bring claims pursuant to Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971), against a private entity and facility. Plaintiff's remedy, if any, lies in state court. Plaintiff's Objections entirely fail to address these grounds for dismissal.

Accordingly, the Court **OVERRULES** Plaintiff's Objections and **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Court **DISMISSES** Plaintiff's Complaint and **DENIES** Plaintiff leave to appeal *in forma pauperis*.

The Court **DIRECTS** the Clerk of Court to enter the appropriate judgment of dismissal and to **CLOSE** this case.

**SO ORDERED**, this 24 day of February, 2017.

_____
LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA